AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return |||
|---|---|---|
| Case No.: <br> 6:22mj32 | Date and time warrant executed: <br> 12/05/2022  1158 | Copy of warrant and inventory left with: <br> TFO DM Bailey |
| Inventory made in the presence of: <br> Lynchburg Police Detective D Goodell |||
| Inventory of the property taken and name(s) of any person(s) seized: <br><br> - data extracted from ITEM 1 OF LYNCHBURG POLICE CASE NUMBER 2022-014856 <br><br> CLERKS OFFICE U.S. DIST. COURT <br> AT LYNCHBURG, VA <br> FILED <br> **12/9/2022** <br><br> LAURA A. AUSTIN, CLERK <br> BY: s/ ARLENE LITTLE <br> DEPUTY CLERK <br><br> Received in Chambers <br> By Reliable Electronic Means <br><br> December 9, 2022 <br><br> Hon. Robert S. Ballou <br> United States Magistrate |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/09/2022

/s/ Daniel Bailey
*Executing officer's signature*

Daniel Bailey, DEA TFO Roanoke Resident Office
*Printed name and title*